| BRUCE A. BLAKEMAN<br>County Executive |  | THOMAS A. ADAMS<br>County Attorney |
|---|---|---|

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

November 17, 2023

<u>Via ECF</u>
Hon. Nina R. Morrison
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: Karkowsky v. Nassau County, et al..
      23-CV-05949 (NRM)(ARL)

Your Honor:

  This office represents defendants Nassau County, Aileen E. Newbold, Richard C. Lee and Juan Giron (the "County Defendants") in the above referenced civil rights action filed by plaintiff Judah Karkowsky ("plaintiff"). The purpose of this letter to advise the Court that in response to the November 16, 2023 letter of plaintiff's counsel [DE 17] in which he seeks a stay of this civil action pending the resolution of plaintiff's criminal case, the County Defendants hereby join in and consent to plaintiff's application for a stay of this civil action.

  The County Defendants thank Your Honor for your attention and consideration in this matter.

                Respectfully submitted,

                /s/ Ralph J. Reissman
                RALPH J. REISSMAN

cc: All counsel of record (via ECF)