# BLOCH & WHITE LLP

152 WEST 57TH STREET, EIGHTH FLOOR
NEW YORK, NEW YORK 10019
(212) 702-8670
WWW.BLOCHWHITE.COM

DIRECT DIAL: (212) 901-3825
DIRECT E-MAIL: BWHITE@BLOCHWHITE.COM

**Via ECF**  December 2, 2024

Honorable Nina R. Morrison
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East, Courtroom 6E North
Brooklyn, New York 11201

Re: *Karkowsky v. Nassau County et al.,* No. 23-cv-5949 (NRM) (ARL)

Dear Judge Morrison:

     We write pursuant to Your Honor's May 17, 2024 order staying this case until the conclusion of criminal proceedings against Plaintiff Judah Karkowsky and, in particular, ordering Plaintiff to provide a status update as to those proceedings every 180 days. We thus provide the following update of Mr. Karkowsky's criminal proceedings following his April 18, 2024 conviction. On June 20, 2024, Mr. Karkowsky was sentenced to one year incarceration; on June 28, 2024, Mr. Karkowsky was granted bail pending appeal by the Appellate Division—Second Department; on October 22, 2024, Mr. Karkowsky perfected his appeal; and the opposition brief of Respondent the People of the State of New York is currently due on December 27, 2024.

     We recognize that, pursuant to the May 17, 2024 order, Plaintiff's update was to be submitted within 180 days, or November 17, 2024. We apologize to the Court and to the Defendants for the delayed response, which was largely due to certain recent staffing issues amongst lawyers at the undersigned's law firm. In accordance with the May 17, 2024 order, we will be certain to provide the Court and the Defendants a further update within 180 days of November 17, 2024, which will be May 26, 2025.

Respectfully submitted,

*/s/ Benjamin D. White*

Benjamin D. White

BLOCH & WHITE LLP
Benjamin D. White
Michael L. Bloch
152 West 57th Street, 8th Floor
New York, New York 10019

THE LAW OFFICES OF JOEL B. RUDIN, P.C.
Joel B. Rudin
152 West 57th Street, 8th Floor
New York, New York 10019

*Attorneys for Plaintiff Judah Karkowsky*