**BLOCH & WHITE** LLP

152 WEST 57TH STREET, EIGHTH FLOOR
NEW YORK, NEW YORK 10019
(212) 702-8670
WWW.BLOCHWHITE.COM

DIRECT DIAL: (212) 901-3825
DIRECT E-MAIL: BWHITE@BLOCHWHITE.COM

May 16, 2025

**<u>Via ECF</u>**
Honorable Nina R. Morrison
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East, Courtroom 6E North
Brooklyn, New York 11201

      Re:    *Karkowsky v. Nassau County et al.,* No. 23-cv-5949 (NRM) (ARL)

Dear Judge Morrison:

      We write pursuant to Your Honor's May 17, 2024 order staying this case until the conclusion of criminal proceedings against Plaintiff Judah Karkowsky and, in particular, ordering Plaintiff to provide a status update as to those proceedings every 180 days. We thus provide the following update of Mr. Karkowsky's criminal proceedings following his April 18, 2024 conviction and his appeal thereof to the Appellate Division-Second Department.

      On January 27, 2025, the People of the State of New York initially filed their brief in opposition to Mr. Karkowsky's appeal. However, this brief was stricken, and the People filed a new opposition brief on March 28, 2025. Mr. Karkowsky filed his reply brief on April 7, 2025. The parties are now awaiting oral argument, which has yet to be calendared.

      Respectfully submitted,

      Benjamin D. White

      BLOCH & WHITE LLP
      Benjamin D. White
      Michael L. Bloch
      152 West 57th Street, 8th Floor
      New York, New York 10019

      THE LAW OFFICES OF JOEL B. RUDIN, P.C.
      Joel B. Rudin
      152 West 57th Street, 8th Floor
      New York, New York 10019

      *Attorneys for Plaintiff Judah Karkowsky*