UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JUDAH KARKOWSKY,

                Plaintiff,

    -against-                            23-CV-05949 (NRM)(ARL)

NASSAU COUNTY; AILEEN E. NEWBOLD;
RICHARD C. LEE; JUAN GIRON; WOODMERE    **NOTICE OF APPEARANCE**
FIRE DISTRICT; WOODMERE VOLUNTEER
FIRE DEPARTMENT and RONNA RUBENSTIEN,

                Defendants.
-----------------------------------------------------------x

PLEASE TAKE NOTICE, that VICTORIA LAGRECA, Deputy County Attorney in the office of Nassau County Attorney Thomas A. Adams, hereby appears on behalf of defendants Nassau County, Aileen E. Newbold, Richard C. Lee and Juan Giron, in the within action, and that all papers are to be served upon the undersigned.

Dated: Mineola, New York
       June 11, 2025

                                                /s/ Victoria LaGreca
                                                VICTORIA LaGRECA
                                                Deputy County Attorney
                                                (516) 571-5775