# BLOCH & WHITE LLP

90 BROAD STREET, SUITE 703
NEW YORK, NEW YORK 10004
(212) 702-8670
WWW.BLOCHWHITE.COM

DIRECT DIAL: (212) 901-3825
DIRECT E-MAIL: BWHITE@BLOCHWHITE.COM

November 12, 2025

**Via ECF**

Honorable Nina R. Morrison
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East, Courtroom 6E North
Brooklyn, New York 11201

      Re:    *Karkowsky v. Nassau County et al.,* No. 23-cv-5949 (NRM) (ARL)

Dear Judge Morrison:

We write pursuant to Your Honor's May 17, 2024 order staying this case until the conclusion of criminal proceedings against Plaintiff Judah Karkowsky and, in particular, ordering Plaintiff to provide a status update as to those proceedings every 180 days. We thus provide the following update of Mr. Karkowsky's criminal proceedings following his April 18, 2024 conviction and his pending appeal thereof to the Appellate Division-Second Department.

On August 25, 2025, Justice Robert Miller of the Second Department ordered that Mr. Karkowsky's restrictions imposed by way of bail pending appeal be loosened, permitting Mr. Karkowsky to travel within the geographical limits of Nassau County and Suffolk County. Additionally, oral argument on Mr. Karkowsky's appeal has been calendared for tomorrow, November 13, 2025.

      Respectfully submitted,

      Benjamin D. White

      BLOCH & WHITE LLP
      Benjamin D. White
      Michael L. Bloch
      90 Broad Street, Suite 703
      New York, New York 10004

      THE LAW OFFICES OF JOEL B. RUDIN, P.C.
      Joel B. Rudin
      152 West 57th Street, 8th Floor
      New York, New York 10019

      *Attorneys for Plaintiff Judah Karkowsky*