# GABRIEL LAW FIRM, P.C.

2 LINCOLN AVENUE, SUITE 400
ROCKVILLE CENTRE, NEW YORK 11570
TEL. 516-360-9101
FAX.516-268-6004

---

November 14, 2025

**<u>VIA ELECTRONIC CASE FILING</u>**
Honorable Magistrate Judge Arlene R. Lindsay
United States District Court
Eastern District New York
100 Federal Plaza
Central Islip, NY 11722

Re.:   Judah Karkowsky v. Nassau County et al.
       Index No.: 2:23-cv-05949 (NRM)(ARL)

Dear Hon. Judge Lindsay:

    I was previously employed as a Deputy County Attorney with the Office of the Nassau County Attorney located in Mineola, New York. Consequently, I appeared as an attorney for County Defendants. I recently resigned as a Deputy County Attorney, and am no longer employed by the County of Nassau. I hereby request this Court terminate my appearance or otherwise relieve me as the attorney for County Defendants. The County Defendants will continue to be represented by Nicholas Zotto, Esq.

    Thank you.

                                                       Respectfully,

                                                     *Victoria LaGreca*

                                                     Victoria LaGreca, Esq.
                                                     Gabriel Law Firm, P.C.
                                                     2 Lincoln Avenue, Suite 400
                                                     Rockville Centre, NY 11570
                                                     Phone: (516) 360-9101