# BLOCH & WHITE LLP

90 BROAD STREET, SUITE 703
NEW YORK, NEW YORK 10004
(212) 702-8670
WWW.BLOCHWHITE.COM

DIRECT DIAL: (212) 901-3825
DIRECT E-MAIL: BWHITE@BLOCHWHITE.COM

December 15, 2025

**<u>Via ECF</u>**
Honorable Nina R. Morrison
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East, Courtroom 6E North
Brooklyn, New York 11201

    Re:    *Karkowsky v. Nassau County et al.,* No. 23-cv-5949 (NRM) (ARL)

Dear Judge Morrison:

    We write pursuant to Your Honor's November 14, 2025 order directing Plaintiff Judah Karkowsky to file a status report within 180 days or within five days of a decision from the Appellate Division-Second Department on Plaintiff's appeal, whichever is sooner. The Appellate Division-Second Department entered their decision and order on Plaintiff's appeal on December 10, 2025. The Second Department affirmed Plaintiff's conviction and remitted the matter to the Supreme Court, Nassau County, for further proceedings pursuant to CPL 460.50(5). Plaintiff's appellate counsel has sought leave to appeal the decision.

    Respectfully submitted,

    */s/ Benjamin D. White*
    Benjamin D. White

    BLOCH & WHITE LLP
    Benjamin D. White
    Michael L. Bloch
    90 Broad Street, Suite 703
    New York, New York 10004

    THE LAW OFFICES OF JOEL B. RUDIN, P.C.
    Joel B. Rudin
    152 West 57th Street, 8th Floor
    New York, New York 10019

    *Attorneys for Plaintiff Judah Karkowsky*