**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JUDAH KARKOWSKY,

        *Plaintiff,*

   v.

NASSAU COUNTY; AILEEN E. NEWBOLD;           23-cv-5949 (NRM)
RICHARD C. LEE; JUAN GIRON; WOODMERE
FIRE DISTRICT; WOODMERE VOLUNTEER
FIRE DEPARTMENT; and RONNA
RUBENSTEIN;

        *Defendants.*

**STIPULATION OF VOLUNTARY DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsels that the above-captioned action is voluntarily dismissed without prejudice against the Defendants Nassau County, Aileen E. Newbold, Richard C. Lee, Juan Giron, Woodmere Fire District, Woodmere Volunteer Fire Department, and Ronna Rubenstein, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1

By: _____  
Benjamin D. White

Bloch & White LLP  
90 Broad Street, Suite 703  
New York, New York 10004  
(212) 901-3825  
bwhite@blochwhite.com

*Attorney for Plaintiff Judah Karkowsky*

Dated: March 16, 2026  
New York, New York

By: _____  
Daniel Tarolli

Landman Corsi Ballaine & Ford PC  
120 Broadway  
New York, New York 10271  
(212) 238-4882  
dtarolli@lcbf.com

*Attorney for Defendants Woodmere Fire District, Woodmere Volunteer Fire Department, and Ronna Rubenstein*

Dated:

By: _____  
Nicholas C. Zotto Steven Dalton

Office of the Nassau County Attorney  
One West Street  
Mineola, NY 11501  
(516) 571-3012  
nzotto@nassaucountyny.gov

*Attorney for Defendants Juan Giron, Richard C. Lee., Nassau County, and Aileen E. Newbold*

Dated: May 11, 2026

2